FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

✷ SEP 01 2005

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X :
ILIA KAJO and VIOLETA KAJO,  : : DOCKET NO.: 05-CV-2617
: :
                              Plaintiff, : Hon. Carol Amon
   -against-

SQUARE D COMPANY, SCHNEIDER ELECTRIC     NOTICE OF VOLUNTARY
CO. INC. and USF HOLLAND INC.,     DISCONTINUANCE

                              Defendants.

--------------------------------------------------------------

           Plaintiffs, ILIA KAJO and VIOLETA KAJO, by and through their attorneys, GREENBERG, GREENBERG & GUERRERO, LLP, hereby discontinues this action voluntarily and with prejudice as to **defendants SQUARE D COMPANY** and **SCHNEIDER ELECTRIC, CO, INC.** only. The plaintiff expressly continues the action against defendant USF HOLLAND, INC.

Dated: New York, New York
        August 29, 2005

                                               GREENBERG, GREENBERG &
                                               GUERRERO, LLP

                                               By: James K. Greenberg (JKG 7301)
                                               Attorneys for Plaintiff
                                               363 Seventh Avenue, Suite 400
                                               New York, New York 10001
                                               (212)545-7337

To: **LESTER SCHWAB & DWYER, LLP**
      Attorneys for Defendant
      SQUARE D COMPANY INC.
      120 Broadway
      New York, New York 10271

                                    So Ordered: S/ HON. CAROL B. AMON
                                               U.S.D.J.   9/12/05